**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:   §   Case No. 16-03243
         §
PAWEL WYDRA   §
         §
         §
      Debtor   §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/03/2016. The undersigned trustee was appointed on 02/03/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                 $2,814.24

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $41.51 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $2,772.73 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/01/2016 and the deadline for filing government claims was 11/01/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $703.56. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $703.56, for a total compensation of $703.56[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $24.02, for total expenses of $24.02.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/19/2018    By:    /s/ David P. Leibowitz
                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

Case 16-03243 Doc 54 Filed 06/29/18 Entered 06/29/18 13:56:25 Desc Main
Document Page 3 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 16-03243 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WYDRA, PAWEL | Date Filed (f) or Converted (c): | 02/03/2016 (f) |
| For the Period Ending: | 6/19/2018 | §341(a) Meeting Date: | 03/01/2016 |
| | | Claims Bar Date: | 11/01/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1717 Crystal Lane #709 Mount Prospect, IL - 60056-0000 Cook County | $60,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2015 Mitsubishi Outlander | $20,000.00 | $0.00 | | $0.00 | FA |
| 3 | Household Goods, Used Furniture and Personal Electronics | $2,000.00 | $0.00 | | $0.00 | FA |
| 4 | Used clothes | $500.00 | $499.00 | | $0.00 | FA |
| 5 | Checking Bank of America | $100.00 | $100.00 | | $100.00 | FA |
| 6 | Checking Chase Bank | $500.00 | $688.28 | | $688.28 | FA |
| **Asset Notes:** | Filing Date Balance: $1188.28 | | | | | |
| 7 | Business checking account Chase | $500.00 | $1,885.96 | | $1,885.96 | FA |
| **Asset Notes:** | Business checking account statement shows $1885.96 in account as of the filing date. | | | | | |
| 8 | Tax refund Federal | $1,000.00 | $0.00 | | $0.00 | FA |
| 9 | PSW Electric, Inc. (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Added by amendment to schedules filed 4/22/16 (dkt #23) | | | | | |
| 10 | Illinois unclaimed property (6397872) (u) | $0.00 | $140.00 | | $140.00 | FA |
| **Asset Notes:** | Claim #6397872 | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $84,600.00 | $3,313.24 | | $2,814.24 | $0.00 |

---

**Major Activities affecting case closing:**

06/30/2017    2017 Reporting Period:

Debtor was unwilling to turn over documents to the Trustee without a court order. Trustee obtained an order directing turnover of documents and non-exempt funds, resulting in turnover of $2,674.24 in non-exempt funds to the bankruptcy estate.

The Trustee additionally submitted a claim to the IL Treasurer for unclaimed funds held in the Debtor's name. Upon receipt of the unclaimed funds, case will be ready for TFR.

06/30/2016    2016 Reporting Period:

341 examination conducted 4/21/16. Trustee requested additional documents from debtor multiple times, but has not received a response. Will likely pursue the non-exempt assets in this case.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit A

| | |
|---|---|
| **Case No.:** 16-03243 | **Trustee Name:** David Leibowitz |
| **Case Name:** WYDRA, PAWEL | **Date Filed (f) or Converted (c):** 02/03/2016 (f) |
| **For the Period Ending:** 6/19/2018 | **§341(a) Meeting Date:** 03/01/2016 |
| | **Claims Bar Date:** 11/01/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 07/26/2017    **Current Projected Date Of Final Report (TFR):**

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2

Page No: 1     Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-03243 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WYDRA, PAWEL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1182 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Wydra, Pawel |
| For Period Beginning: | 2/3/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/19/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2016 | | WYDRA, PAWEL | Non-exempt funds in bank accounts, pursuant to order directing turnover (dkt #41) | * | $1,000.00 | | $1,000.00 |
| | {7} | | Partial Payment $705.00 | 1129-000 | | | $1,000.00 |
| | {6} | | Partial Payment $257.00 | 1129-000 | | | $1,000.00 |
| | {5} | | Partial Payment $38.00 | 1129-000 | | | $1,000.00 |
| 12/07/2016 | | WYDRA, PAWEL | Non-exempt funds in bank accounts, pursuant to order directing turnover (dkt #41) | * | $1,674.24 | | $2,674.24 |
| | {7} | | Balance owed $1,180.96 | 1129-000 | | | $2,674.24 |
| | {6} | | Balance owed $431.28 | 1129-000 | | | $2,674.24 |
| | {5} | | Balance owed $62.00 | 1129-000 | | | $2,674.24 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.70 | $2,670.54 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.30 | $2,666.24 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $3.88 | $2,662.36 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.57 | $2,657.79 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $3.87 | $2,653.92 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.28 | $2,649.64 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.41 | $2,645.23 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $3.99 | $2,641.24 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.26 | $2,636.98 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.25 | $2,632.73 |
| 10/19/2017 | (10) | State of Illinois - Comptroller | Illinois Unclaimed Funds | 1229-000 | $140.00 | | $2,772.73 |

**SUBTOTALS**     $2,814.24     $41.51

**FORM 2** Page No: 2 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-03243 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WYDRA, PAWEL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1182 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Wydra, Pawel |
| For Period Beginning: | 2/3/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/19/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $2,814.24 | $41.51 | $2,772.73 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,814.24 | $41.51 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,814.24 | $41.51 | |

| For the period of 2/3/2016 to 6/19/2018 | | For the entire history of the account between 11/30/2016 to 6/19/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,814.24 | Total Compensable Receipts: | $2,814.24 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,814.24 | Total Comp/Non Comp Receipts: | $2,814.24 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $41.51 | Total Compensable Disbursements: | $41.51 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $41.51 | Total Comp/Non Comp Disbursements: | $41.51 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 16-03243 | **Trustee Name:** David Leibowitz |
| **Case Name:** | WYDRA, PAWEL | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***1182 | **Checking Acct #:** ******4301 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Wydra, Pawel |
| **For Period Beginning:** | 2/3/2016 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 6/19/2018 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,814.24 | $41.51 | $2,772.73 |

**For the period of 2/3/2016 to 6/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $2,814.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,814.24 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $41.51 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $41.51 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/03/2016 to 6/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $2,814.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,814.24 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $41.51 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $41.51 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

# CLAIM ANALYSIS REPORT

Page No: 1
Exhibit C

| Case No. | 16-03243 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | WYDRA, PAWEL | | | | | | | | Date: 6/19/2018 |
| Claims Bar Date: | 11/01/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID LEIBOWITZ 53 West Jackson Boulevard, Suite 1115 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $703.56 | $0.00 | $0.00 | $0.00 | $703.56 |
| | DAVID P. LEIBOWITZ 53 West Jackson Boulevard, Suite 1115 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $24.02 | $0.00 | $0.00 | $0.00 | $24.02 |
| | LAKELAW 53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $4.65 | $0.00 | $0.00 | $0.00 | $4.65 |
| | LAKELAW 53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| 5 | CRYSTAL TOWERS CONDOMINIUM A ASSOCIATION c/o Kovitz Shifrin Nesbit 175 N. Archer Ave. Mundelein IL 60060 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Amended | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5-1 | CRYSTAL TOWERS CONDOMINIUM "A" ASSOCIATION c/o Kovitz Shifrin Nesbit 175 N. Archer Ave. Mundelein IL 60060 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $10,478.73 | $0.00 | $0.00 | $0.00 | $10,478.73 |

**Claim Notes:** (5-1) Condominium Association Assessments, Fees, and Costs amended to general unsecured

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK Discover Products Inc PO Box 3025 New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $680.61 | $0.00 | $0.00 | $0.00 | $680.61 |

**CLAIM ANALYSIS REPORT**

Page No: 2
Exhibit C

| Case No.: | 16-03243 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | WYDRA, PAWEL | | | | | | | | Date: 6/19/2018 |
| Claims Bar Date: | 11/01/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2 | CAPITAL ONE BANK (USA), N.A.<br><br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $3,820.71 | $0.00 | $0.00 | $0.00 | $3,820.71 |
| 3 | MIDLAND FUNDING LLC<br><br>c/o MIDLAND CREDIT MANAGEMENT, INC. as agent<br>PO Box 2011<br>Warren MI 48090 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,264.60 | $0.00 | $0.00 | $0.00 | $1,264.60 |
| 4 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS<br><br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,152.09 | $0.00 | $0.00 | $0.00 | $1,152.09 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to SYNCHRONY BANK(WAL-MART)<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $614.13 | $0.00 | $0.00 | $0.00 | $614.13 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to CITIBANK, N.A. (THE HOME DEPOT)<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $789.24 | $0.00 | $0.00 | $0.00 | $789.24 |
| | | | | | $20,032.34 | $0.00 | $0.00 | $0.00 | $20,032.34 |

CLAIM ANALYSIS REPORT

Page No: 3
Exhibit C

| | |
|---|---|
| **Case No.** 16-03243 | **Trustee Name:** David Leibowitz |
| **Case Name:** WYDRA, PAWEL | **Date:** 6/19/2018 |
| **Claims Bar Date:** 11/01/2016 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $4.65 | $4.65 | $0.00 | $0.00 | $0.00 | $4.65 |
| Attorney for Trustee Fees (Trustee Firm) | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| General Unsecured § 726(a)(2) | $10,478.73 | $10,478.73 | $0.00 | $0.00 | $0.00 | $10,478.73 |
| Payments to Unsecured Credit Card Holders | $8,321.38 | $8,321.38 | $0.00 | $0.00 | $0.00 | $8,321.38 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $10,478.73 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $703.56 | $703.56 | $0.00 | $0.00 | $0.00 | $703.56 |
| Trustee Expenses | $24.02 | $24.02 | $0.00 | $0.00 | $0.00 | $24.02 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      16-03243
Case Name:     PAWEL WYDRA
Trustee Name:  David P. Leibowitz

                                                    Balance on hand:        $2,772.73

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 5 | Crystal Towers Condominium A Association | $10,478.73 | $0.00 | $0.00 | $0.00 |

                          Total to be paid to secured creditors:    $0.00
                                            Remaining balance:   $2,772.73

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David Leibowitz, Trustee Fees | $703.56 | $0.00 | $703.56 |
| David P. Leibowitz, Trustee Expenses | $24.02 | $0.00 | $24.02 |
| Lakelaw, Attorney for Trustee Fees | $500.00 | $0.00 | $500.00 |
| Lakelaw, Attorney for Trustee Expenses | $4.65 | $0.00 | $4.65 |

              Total to be paid for chapter 7 administrative expenses:   $1,232.23
                                            Remaining balance:          $1,540.50

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

              Total to be paid to prior chapter administrative expenses:    $0.00
                                            Remaining balance:           $1,540.50

    In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-TFR (5/1/2011)**

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $1,540.50 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $18,800.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Discover Bank | $680.61 | $0.00 | $55.78 |
| 2 | Capital One Bank (USA), N.A. | $3,820.71 | $0.00 | $313.07 |
| 3 | MIDLAND FUNDING LLC | $1,264.60 | $0.00 | $103.62 |
| 4 | LVNV Funding, LLC its successors and assigns as | $1,152.09 | $0.00 | $94.40 |
| 5-1 | Crystal Towers Condominium "A" Association | $10,478.73 | $0.00 | $858.64 |
| 6 | Portfolio Recovery Associates, LLC | $614.13 | $0.00 | $50.32 |
| 7 | Portfolio Recovery Associates, LLC | $789.24 | $0.00 | $64.67 |

|  | Total to be paid to timely general unsecured claims: | $1,540.50 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all

**UST Form 101-7-TFR (5/1/2011)**

allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**