**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-03243 |
| | § | |
| PAWEL WYDRA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $78,099.00 | Assets Exempt: | $5,901.00 |
| Total Distributions to Claimants: | $1,540.50 | Claims Discharged Without Payment: | $23,989.11 |
| Total Expenses of Administration: | $1,273.74 | | |

3) Total gross receipts of $2,814.24 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,814.24 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $145,332.00 | $10,478.73 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,273.74 | $1,273.74 | $1,273.74 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $19,810.50 | $18,800.11 | $18,800.11 | $1,540.50 |
| **Total Disbursements** | $165,142.50 | $30,552.58 | $20,073.85 | $2,814.24 |

   4).  This case was originally filed under chapter 7 on 02/03/2016.  The case was pending for 31 months.

   5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 09/06/2018             By:  /s/ David P. Leibowitz
                                      Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Business checking account Chase | 1129-000 | $1,885.96 |
| Checking Bank of America | 1129-000 | $100.00 |
| Checking Chase Bank | 1129-000 | $688.28 |
| Illinois unclaimed property (6397872) | 1229-000 | $140.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,814.24** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Crystal Towers Condominium A Association | 4110-000 | $6,000.00 | $10,478.73 | $0.00 | $0.00 |
| | Ally Financial | 4110-000 | $19,332.00 | $0.00 | $0.00 | $0.00 |
| | Nationstar Mortgage | 4110-000 | $120,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$145,332.00** | **$10,478.73** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David Leibowitz, Trustee | 2100-000 | NA | $703.56 | $703.56 | $703.56 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $24.02 | $24.02 | $24.02 |
| Green Bank | 2600-000 | NA | $41.51 | $41.51 | $41.51 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $500.00 | $500.00 | $500.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $4.65 | $4.65 | $4.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,273.74** | **$1,273.74** | **$1,273.74** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $523.00 | $680.61 | $680.61 | $55.78 |
| 2 | Capital One Bank (USA), N.A. | 7100-900 | $3,489.00 | $3,820.71 | $3,820.71 | $313.07 |
| 3 | MIDLAND FUNDING LLC | 7100-900 | $1,218.00 | $1,264.60 | $1,264.60 | $103.62 |
| 4 | LVNV Funding, LLC its successors and assigns as | 7100-900 | $761.00 | $1,152.09 | $1,152.09 | $94.40 |
| 5-1 | Crystal Towers Condominium "A" Association | 7100-000 | $6,000.00 | $10,478.73 | $10,478.73 | $858.64 |
| 6 | Portfolio Recovery Associates, LLC | 7100-900 | $501.00 | $614.13 | $614.13 | $50.32 |
| 7 | Portfolio Recovery Associates, LLC | 7100-900 | $589.00 | $789.24 | $789.24 | $64.67 |
| | Bank of America | 7100-000 | $450.00 | $0.00 | $0.00 | $0.00 |
| | Central Credit Services | 7100-000 | $499.00 | $0.00 | $0.00 | $0.00 |
| | Chase Card | 7100-000 | $2,302.00 | $0.00 | $0.00 | $0.00 |
| | Convergrnt Outsourcing | 7100-000 | $499.00 | $0.00 | $0.00 | $0.00 |
| | Enterprise Rent A Car | 7100-000 | $13.50 | $0.00 | $0.00 | $0.00 |
| | ILL Foot & Ankle Clinic | 7100-000 | $1,805.00 | $0.00 | $0.00 | $0.00 |
| | Nordstrom Fsb | 7100-000 | $1,161.00 | $0.00 | $0.00 | $0.00 |
| | RAB INC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $19,810.50 | $18,800.11 | $18,800.11 | $1,540.50 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1      Exhibit 8

| Case No.: | 16-03243 | | Trustee Name: | David Leibowitz |
| Case Name: | WYDRA, PAWEL | | Date Filed (f) or Converted (c): | 02/03/2016 (f) |
| For the Period Ending: | 9/6/2018 | | §341(a) Meeting Date: | 03/01/2016 |
| | | | Claims Bar Date: | 11/01/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 1717 Crystal Lane #709 Mount Prospect, IL - 60056-0000 Cook County | $60,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2015 Mitsubishi Outlander | $20,000.00 | $0.00 | | $0.00 | FA |
| 3 | Household Goods, Used Furniture and Personal Electronics | $2,000.00 | $0.00 | | $0.00 | FA |
| 4 | Used clothes | $500.00 | $499.00 | | $0.00 | FA |
| 5 | Checking Bank of America | $100.00 | $100.00 | | $100.00 | FA |
| 6 | Checking Chase Bank | $500.00 | $688.28 | | $688.28 | FA |
| **Asset Notes:** | Filing Date Balance: $1188.28 | | | | | |
| 7 | Business checking account Chase | $500.00 | $1,885.96 | | $1,885.96 | FA |
| **Asset Notes:** | Business checking account statement shows $1885.96 in account as of the filing date. | | | | | |
| 8 | Tax refund Federal | $1,000.00 | $0.00 | | $0.00 | FA |
| 9 | PSW Electric, Inc. (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Added by amendment to schedules filed 4/22/16 (dkt #23) | | | | | |
| 10 | Illinois unclaimed property (6397872) (u) | $0.00 | $140.00 | | $140.00 | FA |
| **Asset Notes:** | Claim #6397872 | | | | | |

**TOTALS (Excluding unknown value)**           **Gross Value of Remaining Assets**

                                $84,600.00        $3,313.24                $2,814.24        $0.00

**Major Activities affecting case closing:**

06/21/2018   2018 Reporting Period:
             TFR filed June 29, 2018, set to be heard July 24, 2018.

06/30/2017   2017 Reporting Period:
             Debtor was unwilling to turn over documents to the Trustee without a court order. Trustee obtained an order directing turnover of documents and non-exempt funds, resulting in turnover of $2,674.24 in non-exempt funds to the bankruptcy estate.

             The Trustee additionally submitted a claim to the IL Treasurer for unclaimed funds held in the Debtor's name. Upon receipt of the unclaimed funds, case will be ready for TFR.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2        Exhibit 8

| **Case No.:** | 16-03243 | | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | WYDRA, PAWEL | | | **Date Filed (f) or Converted (c):** | 02/03/2016 (f) |
| **For the Period Ending:** | 9/6/2018 | | | **§341(a) Meeting Date:** | 03/01/2016 |
| | | | | **Claims Bar Date:** | 11/01/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 06/30/2016   2016 Reporting Period: 341 examination conducted 4/21/16. Trustee requested additional documents from debtor multiple times, but has not received a response. Will likely pursue the non-exempt assets in this case. | | | | | |

**Initial Projected Date Of Final Report (TFR):**   07/26/2017        **Current Projected Date Of Final Report (TFR):**        /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-03243 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | WYDRA, PAWEL | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1182 | | | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Wydra, Pawel |
| For Period Beginning: | 2/3/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/6/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2016 | | WYDRA, PAWEL | Non-exempt funds in bank accounts, pursuant to order directing turnover (dkt #41) | * | $1,000.00 | | $1,000.00 |
| | {7} | | Partial Payment $705.00 | 1129-000 | | | $1,000.00 |
| | {6} | | Partial Payment $257.00 | 1129-000 | | | $1,000.00 |
| | {5} | | Partial Payment $38.00 | 1129-000 | | | $1,000.00 |
| 12/07/2016 | | WYDRA, PAWEL | Non-exempt funds in bank accounts, pursuant to order directing turnover (dkt #41) | * | $1,674.24 | | $2,674.24 |
| | {7} | | Balance owed $1,180.96 | 1129-000 | | | $2,674.24 |
| | {6} | | Balance owed $431.28 | 1129-000 | | | $2,674.24 |
| | {5} | | Balance owed $62.00 | 1129-000 | | | $2,674.24 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.70 | $2,670.54 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.30 | $2,666.24 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $3.88 | $2,662.36 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.57 | $2,657.79 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $3.87 | $2,653.92 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.28 | $2,649.64 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.41 | $2,645.23 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $3.99 | $2,641.24 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.26 | $2,636.98 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.25 | $2,632.73 |
| 10/19/2017 | (10) | State of Illinois - Comptroller | Illinois Unclaimed Funds | 1229-000 | $140.00 | | $2,772.73 |
| 07/24/2018 | 3001 | David Leibowitz | Trustee Compensation | 2100-000 | | $703.56 | $2,069.17 |
| 07/24/2018 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $24.02 | $2,045.15 |
| 07/24/2018 | 3003 | Lakelaw | Claim #: ; Amount Claimed: $500.00; Distribution Dividend: 100.00%; | 3110-000 | | $500.00 | $1,545.15 |
| 07/24/2018 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $4.65; Distribution Dividend: 100.00%; | 3120-000 | | $4.65 | $1,540.50 |
| 07/24/2018 | 3005 | Discover Bank | Claim #: 1; Amount Claimed: $680.61; Distribution Dividend: 8.19%; | 7100-900 | | $55.78 | $1,484.72 |
| | | | **SUBTOTALS** | | **$2,814.24** | **$1,329.52** | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-03243 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WYDRA, PAWEL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1182 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Wydra, Pawel |
| For Period Beginning: | 2/3/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/6/2018 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/24/2018 | 3006 | Capital One Bank (USA), N.A. | Claim #: 2; Amount Claimed: $3,820.71; Distribution Dividend: 8.19%; | 7100-900 |  | $313.07 | $1,171.65 |
| 07/24/2018 | 3007 | MIDLAND FUNDING LLC | Claim #: 3; Amount Claimed: $1,264.60; Distribution Dividend: 8.19%; | 7100-900 |  | $103.62 | $1,068.03 |
| 07/24/2018 | 3008 | LVNV Funding, LLC its successors and assigns as | Claim #: 4; Amount Claimed: $1,152.09; Distribution Dividend: 8.19%; | 7100-900 |  | $94.40 | $973.63 |
| 07/24/2018 | 3009 | Crystal Towers Condominium "A" Association | Claim #: 5; Amount Claimed: $10,478.73; Distribution Dividend: 8.19%; | 7100-000 |  | $858.64 | $114.99 |
| 07/24/2018 | 3010 | Portfolio Recovery Associates, LLC | Claim #: 6; Amount Claimed: $614.13; Distribution Dividend: 8.19%; | 7100-900 |  | $50.32 | $64.67 |
| 07/24/2018 | 3011 | Portfolio Recovery Associates, LLC | Claim #: 7; Amount Claimed: $789.24; Distribution Dividend: 8.19%; | 7100-900 |  | $64.67 | $0.00 |

|  |  | TOTALS: | $2,814.24 | $2,814.24 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank transfers/CDs | $0.00 | $0.00 |  |
|  |  | Subtotal | $2,814.24 | $2,814.24 |  |
|  |  | Less: Payments to debtors | $0.00 | $0.00 |  |
|  |  | Net | $2,814.24 | $2,814.24 |  |

| For the period of 2/3/2016 to 9/6/2018 |  | For the entire history of the account between 11/30/2016 to 9/6/2018 |  |
|---|---|---|---|
| Total Compensable Receipts: | $2,814.24 | Total Compensable Receipts: | $2,814.24 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,814.24 | Total Comp/Non Comp Receipts: | $2,814.24 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
|  |  |  |  |
| Total Compensable Disbursements: | $2,814.24 | Total Compensable Disbursements: | $2,814.24 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,814.24 | Total Comp/Non Comp Disbursements: | $2,814.24 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-03243 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WYDRA, PAWEL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1182 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Wydra, Pawel |
| For Period Beginning: | 2/3/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/6/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,814.24 | $2,814.24 | $0.00 |

| For the period of 2/3/2016 to 9/6/2018 | | For the entire history of the case between 02/03/2016 to 9/6/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,814.24 | Total Compensable Receipts: | $2,814.24 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,814.24 | Total Comp/Non Comp Receipts: | $2,814.24 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,814.24 | Total Compensable Disbursements: | $2,814.24 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,814.24 | Total Comp/Non Comp Disbursements: | $2,814.24 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ